```
UNITED STATES DISTRICT COURT
ESTERN DISTRICT OF NEW YORK
------------------------------------------X
  UNITED STATES OF AMERICA

    -vs-
                                                      APPEARANCE OF COUNSEL
AMMAR AWAWDEH;
TIMOTHY MCCORMACK;                                    Case No: 24 MJ 404
MAHMUD MOLLAH;
LONG PHI PHAM,

                     Defendants
------------------------------------------X
```

To:   The Clerk Of Court And All Parties Of Record

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Defendant Long Phi Pham.

DATED: June 11, 2024

                                      LAW OFFICE OF JAMES MONTELEON

*James Rocco Monteleon*

_____
By: James Rocco Monteleon, Esq.
445 Hamilton Avenue Suite 605
White Plains New York 10601
914-564-5698
914-600-1877
james@jrm.legal