

**U.S. Department of Justice**

United States Attorney
Eastern District of New York

KTF/BW/DIB
F. #2024R00288

271 Cadman Plaza East
Brooklyn, New York 11201

September 9, 2024

By Email
Clerk of Court
(for forwarding to randomly assigned United States District Judge)
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

The Honorable LaShann DeArcy Hall
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
*   SEPTEMBER 9, 2024   *
BROOKLYN OFFICE

24-CR-359
Judge Pamela K. Chen
Magistrate Judge Sanket J. Bulsara

Re: United States v. Long Phi Pham
Criminal Docket Number To Be Assigned
and
United States v. Porter
Criminal Docket Number 24-270 (LDH)

Dear Judge DeArcy Hall and Clerk of Court:

Pursuant to Local Rule 50.3.2, the government hereby notifies the Court that the above-captioned case ("Pham") is presumptively related to United States v. Porter, 24-CR-270 (LDH) ("Porter").

Local Rule 50.3.2(b)(1) provides for a "presumption that one case is 'related' to another when the facts of each arise out of the same charged criminal scheme(s), transaction(s), or event(s), even if different defendants are involved in each case." Local Rule 50.3.2(c)(1) directs the United States Attorney's Office to "give notice to all relevant judges whenever it appears that one case may be presumptively related to another pursuant to Section (b)(1)."

This letter constitutes the notice directed by Local Rule 50.3.2(c)(1). Pham is related to Porter because the facts of Pham arise out of the same criminal schemes, transactions and events as charged in Porter. Specifically, Porter and Pham charge the same wire fraud

conspiracy and the sole defendant in <u>Porter</u> is the individual identified as "Player 1" in a previously-filed complaint against the sole defendant in <u>Pham</u>. See 24-MJ-404.[1]

        Accordingly, because <u>Pham</u> and <u>Porter</u> involve the same charged criminal scheme, transactions and events, the cases are thus presumptively related. Given this overlap, the government respectfully submits that reassignment of <u>Pham</u> would be appropriate, as reassignment would likely result in a significant savings of judicial resources and serve the interests of justice.

Respectfully submitted,

BREON PEACE
United States Attorney
Eastern District of New York

By:      /s/
Kaitlin Farrell
Benjamin Weintraub
David I. Berman
Assistant U.S. Attorneys
(718) 254-7000

cc:    Michael Soshnick, Esq. (via electronic mail)

---

[1] On July 10, 2024, Porter pled guilty before Hon. James R. Cho, to conspiracy to commit wire fraud, in violation of Title 18, United States Code, Section 1349. He is pending sentencing.